IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SHERLYNN EASLEY, | ) | |
| | ) | Case No. 4:11CV00042 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an Order be entered denying the Commissioner of Social Security's Motion for Summary Judgment [ECF. No. 20], granting Plaintiff's Motion for Summary Judgment [ECF No. 16], and remanding this action to the Commissioner for further proceedings. The Report and Recommendation was filed on September 4, 2012, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **DENIED,** the Plaintiff's Motion is **GRANTED**, and this matter is **REMANDED** to the Commissioner for further proceedings. The clerk is hereby directed to dismiss this case from the docket of the Court.

The Clerk is further directed to send a copy of this Order to counsel of record as well as to United States Magistrate Judge B. Waugh Crigler.

ENTERED this 24th day of September, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE